UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA ANAYA COLBERT,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>THE MOORE LAW GROUP, et al.,<br><br>　　　Defendant(s). | Case No. 2:24-cv-00990-GMN-NJK<br><br>**REPORT AND RECOMMENDATION** |

On December 13, 2024, the Court screened Plaintiff's complaint, finding that the complaint failed to state a claim under the Fair Debt Collection Practices Act and that it was unclear that the state law claims would proceed as a matter of supplemental jurisdiction. Docket No. 4. The Court ordered that, if Plaintiff could cure those deficiencies, an amended complaint had to be filed by January 10, 2025. *Id.* at 5. The Court warned that "**[f]ailure to file an amended complaint by the deadline set above will result in the recommended dismissal of this case**." *Id.* at 6 (emphasis in original). Plaintiff has not filed an amended complaint, sought extension, or otherwise taken further action in this case. Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: January 14, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

1