# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANGELA ANAYA COLBERT,

              Plaintiff,

vs.

THE MOORE LAW GROUP, *et al.*,

              Defendants.

Case No.: 2:24-cv-00990-GMN-NJK

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 6), of United States Magistrate Nancy J. Koppe, which recommends dismissing Plaintiff's Complaint without prejudice because Plaintiff failed to file an amended complaint by the deadline.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 6) (setting a January 28, 2025 deadline for objections).

1     Accordingly,

2     **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 6), is
3 **ACCEPTED and ADOPTED** in full.

4     **IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

5     Dated this  31  day of January, 2025.

                                        _____
                                        Gloria M. Navarro, District Judge
                                        United States District Court